DANIEL J. DE VRIES (Bar No. 154415)
CHRISTINE O. BREEN (Bar No. 187256)
DE VRIES LAW GROUP
Las Puertas Building
53 Muckelemi Street
Post Office Box 996
San Juan Bautista, California 95045
Telephone:   831-623-4100
Facsimile:    831-623-4101

Attorneys for PLAINTIFFS KEITH W. OSTER, ALLEN T. OSTER, SHELLEY L. BRISTOW, individually and as Guardian ad Litem for EVANGELINE M. BOSCHE, EVANGELINE M. BOSCHE, RUTH H. OSTER, KEVIN L. BOSCHE, KENNETH N. BOSCHE, STEVEN W. BOSCHE

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEITH W. OSTER, ALLEN T. OSTER, SHELLEY L. BRISTOW, individually and as Guardian ad Litem for EVANGELINE M. BOSCHE, EVANGELINE M. BOSCHE, RUTH H. OSTER, KEVIN L. BOSCHE, KENNETH N. BOSCHE, STEVEN W. BOSCHE<br><br>PLAINTIFFS,<br><br>vs.<br><br>WASHOE TRIBE OF NEVADA AND CALIFORNIA, KEITH DANIEL WYATT, and DOES 1 through 100,<br><br>DEFENDANTS. | CASE NO. 2:08-CV-00344-MCE-GGH<br><br>**REQUEST FOR DISMISSAL** |

///

///

///

///

PDF created with pdfFactory trial version www.pdffactory.com

It is hereby requested by the Plaintiffs to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice and that each side bear its own costs.

DATED:   September 22, 2008

DE VRIES LAW GROUP

/s/

By _____
DANIEL J. DE VRIES
CHRISTINE O. BREEN
Attorneys For PLAINTIFFS KEITH W. OSTER, ALLEN T. OSTER, SHELLEY L. BRISTOW, individually and as Guardian ad Litem for EVANGELINE M. BOSCHE, EVANGELINE M. BOSCHE, RUTH H. OSTER, KEVIN L. BOSCHE, KENNETH N. BOSCHE, STEVEN W. BOSCHE

ORDER

It is so ORDERED.

DATED: September 23, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

DE VRIES LAW GROUP
Attorneys At Law
San Juan Bautista

-2-

PDF created with pdfFactory trial version www.pdffactory.com